RITA LIFSHITS, Respondent, v VARIETY POLY BAGS et al., Appellants.

Submitted August 8, 2005; decided October 27, 2005

Motion for leave to appeal from the judgment entered upon the Appellate Division order dismissed upon the ground that the judgment is not the final appealable paper from which leave to appeal may be sought (*see* CPLR 5611).